**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 17-CR-10378 (NMG) |
| BRIAN AUGUSTINE JOYCE ) | |
| ) | |

**GOVERNMENT DISCOVERY NOTICE PURSUANT TO L.R. 116.1(f)**

The government submits this notice regarding discovery pursuant to Local Rule 116.1(f) of the Local Rules for the United States District Court for the District of Massachusetts.

1.  Automatic Discovery

    a. The government anticipates that, by February 2, 2018, it will provide the defendant with, and make available to the defendant, hundreds of thousands of pages of discovery in accordance with the Court's Initial Scheduling Order, ECF Dkt. No. 17 (the "Order"), which shall constitute the vast majority of automatic discovery under Local Rule 116.1 and Fed. R. Crim. P. 16.

    b. The government, however, is notifying the Court (as per the Order at 1, ¶ 1), that it will require an alternative discovery schedule with respect to producing certain materials that the government obtained pursuant to the February 2016 search of the Joyce Law Office in Canton and documents that the government obtained via search warrant in June 2017. These materials consist of documents among the search items that the government is still in the process of reviewing pursuant to the taint review protocols set forth in the February 2016 and June 2017 search warrants (hereinafter, the "taint review documents").

    c. To be clear, the government returned all of the taint review documents that were seized electronically to the defendant in February and March 2016. Moreover, all taint review documents that were seized in paper-form in February 2016 and June 2017 shall be made available to the defendant to review at a mutually convenient time. However, because the government shall be producing certain taint review documents that the government taint team releases to the government trial team on an ongoing and rolling basis (the "released taint review documents"), the government is notifying the Court in an abundance of caution that the released taint review documents will continue to be produced after the February 2, 2018 deadline.

2.  Protective Order

    a. Prior to providing discovery, the government shall seek a protective order pursuant to Fed. R. Crim. P. 16(d)(1). As shall be elaborated in its motion, the government

    will petition the Court for a protective order that will restrict dissemination of items, including, but not limited to, documents that contain personal identifying information, bank records, telephone records, proprietary information and internal business communications, private litigation matters, personal emails, and non-public, internal state government communications.

3.     Motion to Disqualify Counsel

    a.     As soon as practicable, the government shall file a motion to disqualify Howard Cooper from representing the defendant at trial. As noted in the Indictment (ECF Dkt. No. 3), the government has alleged that the defendant's attorney, at the defendant's direction, made several material and false representations to the State Ethics Commission, which included, but was not limited to, the defendant's claim that he "direct[ed] his retirement account … to purchase [EIB Common Stock]" (Indt. at 30), the defendant's claim that "In late 2014, Senator Joyce purchased coffee from a [Coffee Franchise] franchisee" (Indt. at 34), and the defendant's claim that he accepted free coffee in exchange for legal services in a 2013 coffee-for-legal services barter transaction (Indt. at 35). Because attorney Cooper is the attorney in question and because attorney Cooper's testimony is important to the government's case, the government intends to file a motion to disqualify Mr. Cooper as trial counsel for the defendant. Any such disqualification, however, may not necessarily bar Mr. Cooper from handling pre-trial discovery. *See United States v. Gomez*, 584 F. Supp. 1185, 1190 (D.R.I. 1984).

    Respectfully submitted,

    Andrew E. Lelling
    United States Attorney

    By: /s/ Dustin Chao
        DUSTIN CHAO
        WILLIAM F. BLOOMER
        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Dustin Chao
    DUSTIN CHAO
    Assistant United States Attorney

Date: January 9, 2018