UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 17-10378-NMG |
| | ) | |
| BRIAN AUGUSTINE JOYCE, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES IN SUPPORT OF ITS MOTION TO DISQUALIFY ATTORNEY HOWARD M. COOPER AND REQUEST FOR AUTHORIZATION TO ISSUE A SUBPOENA TO ATTORNEY HOWARD M. COOPER**

Pursuant to Local Rule 7.1(B)(4), the United States of America, by and through the undersigned Assistant U.S. Attorneys, respectfully moves this Court for leave to file a memorandum in excess of 20 pages in support of its Motion to Disqualify Attorney Howard M. Cooper and Request for Authorization to Issue a Subpoena to Attorney Howard M. Cooper.

As grounds therefor, the government states that the motion to disqualify and its request to issue a subpoena to Attorney Cooper addresses several legal issues that require a detailed recitation of the applicable law and facts in this case. Max D. Stern and Howard M. Cooper, counsel for Defendant Joyce, assent to this motion.

Wherefore, the government respectfully requests that it be granted leave pursuant to Local Rule 7.1(B)(4) to file an opposition that exceeds the 20 pages.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: February 23, 2018        By:   */s/ William F. Bloomer*
                                      DUSTIN CHAO
                                      WILLIAM F. BLOOMER
                                      Assistant U.S. Attorneys
                                      (617) 748-3100

## CERTIFICATE OF SERVICE

  I, William F. Bloomer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

              /s/*William F. Bloomer*
              WILLIAM F. BLOOMER
              Assistant U.S. Attorney