# EXHIBIT 2



David H. Rich

April 3, 2015

**VIA ELECTRONIC MAIL**
@globe.com)
**AND FIRST CLASS MAIL**

Boston Globe
135 Morrissey Blvd.
Boston, MA 02125

    RE:    State Senator Brian A. Joyce

Dear ▮:

    Please be advised that my firm acts as counsel to Massachusetts State Senator Brian A. Joyce. I understand from ▮ that you are working on a news article which may relate to, concern or reference Senator Joyce. Based upon your interactions with ▮, as well as the tone and tenor of your interactions with others regarding Senator Joyce, we are deeply concerned that your forthcoming news article may be flawed, biased and based upon inaccurate and incomplete information. As a result, Senator Joyce asked that I write to you to repeat and re-confirm certain facts, facts which cannot seriously be disputed and facts which I understand have either been provided to you or are available to you through a variety of public sources. The information set forth below is being provided based upon our understanding of the questions posed and information sought from ▮.



April 3, 2015
Page 2 of 7



3. I understand that you have raised questions about Senator Joyce's association with ▓▓▓▓ ▓▓▓▓▓. In this regard, you have questioned legislation that Senator Joyce has filed and have questioned his giving bags of ▓▓▓▓ ▓▓▓▓▓ coffee as Christmas gifts.

   **RESPONSE**: First and foremost, the suggestion that Senator Joyce filed legislation in return for receiving free coffee from ▓▓▓▓ ▓▓▓▓▓ is inaccurate and quite unfortunate. While Senator Joyce gave out ▓▓▓▓ ▓▓▓▓▓ bags at Christmastime as gifts, he paid for them. By check dated December 21, 2014, Senator Joyce purchased 200 ▓▓▓▓ ▓▓▓▓▓ bags at the retail price of $8.49 per bag for a total of $1,698. There was no quantity discount available to him nor was one provided.