# EXHIBIT 3

| | |
|---|---|
| **From:** | Cooper, Howard █████████████████████████ |
| **Sent:** | Tuesday, December 01, 2015 1:37 PM |
| **To:** | ███████████████@state.ma.us) |
| **Subject:** | Senator Brian A. Joyce |
| **Attachments:** | Joyce.pdf |

█

This will respond to your additional inquiry dated October 28, 2015 about coffee. As always, I appreciate your patience while I looked into your questions.

In late 2014, Senator Joyce purchased coffee from a ██████ franchisee, ██████ Inc., which is part of a ██████ franchise network owned by ██████. ██████s stores have been a client of Senator Joyce's law firm for some time (although Senator Joyce does not believe he had pending matters with the client at the time). Senator Joyce then distributed the coffee in a variety of ways as gifts. I attach copies of a bill and a check in payment of the bill.

In late 2013, Senator Joyce also purchased coffee from the same franchisee, although this was done informally as follows: One of ██████'s stores was an active client at the time. More specifically, Senator Joyce provided legal services in connection with a traffic related issue resulting from the construction of a drive thru at the store in ███ (the establishment of the drive thru itself had been the subject of a prior legal matter which Senator Joyce's firm also handled). Senator Joyce would normally have billed the client for this work on an hourly basis but did not send a bill in consideration of the client providing his firm with coffee, which Senator Joyce then distributed as gifts to a variety of persons.

Given the attorney client relationship involved here, Senator Joyce is reluctant to pass out personal contact information of his client without their permission. I am currently seeking to obtain that permission from the individual(s) involved so you can speak to them.

Howard

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.




|                    |                              | Date       | December 20, 2014 |
|--------------------|------------------------------|------------|-------------------|

**Customer Name**    Joyce Law Group
ATTN : Brian A. Joyce/Kristie
**Address**    776 Washington Street
**City**    Canton, MA 02021

**phone**    (781) 821-2250

| QTY | Decription         | Unit Price |       | Total |          |
|-----|--------------------|------------|-------|-------|----------|
| 200 | Pounds of Coffee   | $          | 8.49  | $     | 1,698.00 |
|     | Assorted Varieties |            |       | $     | -        |
|     |                    |            |       | $     | -        |
|     |                    |            |       | $     | -        |
|     |                    |            |       | $     | -        |
|     |                    | subtotal   |       | $     | 1,698.00 |
|     |                    | Tax        |       |       |          |
|     |                    | TOTAL      |       | $     | 1,698.00 |

**Comment:**

| | |
|---|---|
| JOYCE & CURRAN, LLC<br>776R WASHINGTON STREET<br>CANTON, MA 02021<br>(781) 821-2250 | CENTURY BANK AND TRUST COMPANY<br>BRAINTREE, MASSACHUSETTS 02184<br>53-1931 19 |

12/21/201_

Pay to the Order of ███████████  $ **1,698.00

One Thousand Six Hundred Ninety-Eight and 00/100********************

MEMO

Deposit Only