# EXHIBIT 5

| | |
|---|---|
| **From:** | ▓▓▓▓ (ETH) ▓▓▓▓ |
| **To:** | Cooper, Howard ▓▓▓▓ |
| **Subject:** | Re: SEP-IRA confirmation |
| **Date:** | Thursday, May 12, 2016 8:39:00 AM |

Howard – This note shall confirm our phone conversation of earlier this morning in which I conveyed the Commission's request for pertinent documentation from Mr. Joyce's SEP-IRA account which would serve to verify that your recounting in a 10/30/15 submission to the Commission of Mr. Joyce's purchases of Series B Stock of ▓▓▓▓, in fall 2014 and winter 2015 is accurate.

▓▓▓▓

▓▓▓▓

State Ethics Commission

One Ashburton Place, Room 619

Boston, Massachusetts 02108

▓▓▓▓

▓▓▓▓

The information contained in this communication, including any attachments, is confidential, is intended for the use of the recipient(s) named above, and may be exempt from public disclosure or subject to the attorney/client or work product privileges.  If the reader of this message is not an intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you receive this communication in error, please delete it and destroy all copies.