# **<u>EXHIBIT C</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN AUGUSTINE JOYCE,<br><br>Defendant. | )<br>)<br>)   Criminal No. 1:17-CR-10378-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED STIPULATION OF BRIAN A. JOYCE

In exchange for maintaining Howard Cooper as trial counsel in this case, Mr. Joyce is prepared to execute a writing and/or state in open court in a Rule 44 inquiry that he avers and stipulates as follows:

1. That he reviewed, approved, and authorized the submission of the specific statements in letters and emails written by Howard Cooper and Todd & Weld which are identified by the government in its motion to disqualify Cooper and sent to the Ethics Commission on October 30, 2015, December 1, 2015, January 27, 2016, and February 5, 2016;

2. That Cooper did not represent Mr. Joyce or provide any advice concerning the following transactions and arrangements and therefore Mr. Joyce will not rely on any advice of Cooper with respect to these matters:

    a. Filing and supporting PACE legislation;
    b. Attendance at a meeting with the Commissioner of the Division of Insurance;
    c. Acquisition of stock in EIB;
    d. Annual Financial Disclosure to the Ethics Commission;
    e. Retainer and compensation arrangements with EIB, including the receipt of a monthly $5000 retainer;
    f. Filing and support of franchise and tip-pooling legislation;
    g. Receipt of coffee from the franchise owner.

3. That, knowingly, voluntarily and with advice of independent counsel, he waives any right to rely on the advice of Cooper or Todd & Weld concerning the statements referred to in Paragraph (1), if Cooper is trial counsel in this case; and

4. That knowingly, voluntarily and with advice of independent counsel he waives now and for all time any right to contend that Howard Cooper represented him in

    this case while under a conflict of interest resulting from any allegation regarding Cooper's prior representation of Mr. Joyce, including but not limited to the representation referred to in the government's motion to disqualify Cooper.

  Joyce is being advised by independent counsel, Martin Weinberg, Esq. and Robert Goldstein, Esq., with respect to this matter.