# **<u>EXHIBIT D</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN AUGUSTINE JOYCE,<br><br>Defendant. | Criminal No. 1:17-CR-10378-NMG |

### AFFIDAVIT OF BRIAN A. JOYCE

I, Brian A. Joyce, hereby state, under the penalties of perjury, as follows:

1. Howard Cooper is my chosen counsel in this case. I have trust and confidence in him as my attorney. I believe he is acting in my best interest and I desire to have him continue as his counsel.

2. Howard Cooper did not represent me or provide any advice to me concerning the following matters:

   a. Filing and supporting PACE legislation;
   b. Attendance at a meeting with the Commissioner of the Division of Insurance;
   c. Acquisition of stock in EIB;
   d. Annual Financial Disclosure to the Ethics Commission;
   e. Retainer and compensation arrangements with EIB, including the receipt of a monthly $5000 retainer;
   f. Filing and support of franchise and tip-pooling legislation;
   g. Receipt of coffee from the franchise owner.

SWORN AND SUBSCRIBED TO this 28 day of March 2018.

_____
BRIAN A. JOYCE