UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No. 17-10378-NMG |
| BRIAN AUGUSTINE JOYCE, | |
| Defendant. | |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE MASSACHUSETTS BAR ASSOCATION, THE MASSACHUSETTS ASSOCIATION OF CRIMINAL DEFENSE LAWYERS, THE ACLU OF MASSACHUSETTS, INC., AND 71 INDIVIDUAL MASSACHUSETTS ATTORNEYS IN OPPOSITION TO THE GOVERNMENT'S MOTION FOR DISQUALIFICATION OF COUNSEL**

Proposed *amici curiae* the Massachusetts Bar Association, the Massachusetts Association of Criminal Defense Lawyers, the ACLU of Massachusetts, Inc., and 71 individual Massachusetts attorneys respectively request leave of this Court to submit the attached brief *amici curiae* in opposition to the Government's Motion to Disqualify Attorney Howard M. Cooper. *See, e.g., Boston Gas Co. v. Century Indem. Co.*, No. 02-cv-12062-RWZ, 2006 WL 1738312, at *1 n.1 (D. Mass. Jun. 21, 2006) ("[Federal district] courts have inherent authority and discretion to appoint amici."); *NGV Gaming, Ltd v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) ("District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." (quotation marks omitted)); *see also Portland Pipe Line Corp. v. City of S. Portland*, No. 2:15-cv-00054-JAW, 2017 WL 79948, at *6 (D. Me. Jan. 9, 2017) (granting motions for leave to file amicus briefs); *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, 308 F.R.D. 39, 52 (D. Mass. 2015)

(granting proposed intervenors leave to appear as *amici curiae*, and stating that "[t]he role of an *amicus curiae*, meaning 'friend of the court,' is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision" (quotation marks omitted)).

The motion for leave to file is based on the following:

1. *Amici curiae* have an interest in this case and are well-placed to submit a brief *amicus curiae*.

*Amicus curiae* the Massachusetts Bar Association ("MBA"), founded in 1910, is a non-profit organization that serves the legal profession and the public by promoting the administration of justice, legal education, professional excellence and respect for the law. The MBA is the largest bar association in Massachusetts, with approximately 12,000 members state-wide. It is comprised of a House of Delegates that consists of a president, president-elect, vice-president, treasurer, secretary, the two most immediate, living past presidents, 18 regional delegates, seven at-large delegates, chairs of the twenty one section councils and others. The MBA is governed by a set of bylaws, which were most recently approved by the members in March of 2014. The mission of the MBA is to provide professional support and education to members, and advocacy on behalf of lawyers, legal institutions and the public. As part of its advocacy goal, the MBA has formed an Amicus Curiae Committee ("ACC") to evaluate certain litigation in which the MBA may be interested in participating. Upon the receipt of a proposal from the ACC, the House of Delegates votes on whether the MBA should participate in the cause through the filing of an amicus curiae brief. The ACC has determined that the issues raised in this case so affect the public policy of the Commonwealth of Massachusetts that a brief amicus is

warranted.  The House of Delegates has approved its filing.

*Amicus curiae* the Massachusetts Association of Criminal Defense Lawyers ("MACDL"), an affiliate of the National Association of Criminal Defense Lawyers, is the preeminent association of criminal defense lawyers in Massachusetts.  Its mission is to provide support for criminal defense lawyers in their professional practices, including submitting *amicus* briefs and providing other services that will improve the quality of representation of the accused; to protect the individual rights of the citizens of the Commonwealth as guaranteed by the Declaration of Rights of the Massachusetts Constitution and the United States Constitution, including, especially, the right to counsel; to maintain the integrity and independence of criminal defense lawyers; to preserve the adversary system of justice; and to coordinate efforts with national and local bar associations that are concerned with criminal justice.

*Amicus curiae* the American Civil Liberties Union of Massachusetts, Inc. ("ACLUM"), an affiliate of the national American Civil Liberties Union, is a statewide nonprofit membership organization dedicated to the principle of liberty and equality embodied in the constitutions and laws of the Commonwealth and the United States.

Also joining the attached *amicus* brief are 71 experienced members of the Massachusetts Bar, including lawyers who represent individuals and entities who may be targets or subjects of federal criminal investigations.   The attorneys, who sign this motion and the *amici* brief individually, are:

| | | |
|---|---|---|
| John Amabile | R.J. Cinquegrana | Thomas E. Dwyer, Jr. |
| Laura B. Angelini | Edward V. Colbert III | L. Ettenberg |
| Michael P. Angelini | John J. Commisso | William W. Fick |
| David Apfel | Michael J. Connolly | Thomas C. Frongillo |
| Peter E. Ball | Meghan M. Cosgrove | Lenore Glaser |
| Robert Blaisdell | John H. Cunha, Jr. | James J. Gribouski |
| Douglas S. Brooks | David Duncan | Scott Harshbarger |
| Thomas J. Butters | Laura E. Dwyer | Geraldine S. Hines |

| | | |
|---|---|---|
| Emily F. Hodge | Anthony Mirenda | Kristen Schuler Scammon |
| Thomas M. Hoopes | Brien T. O'Connor | Emily R. Schulman |
| David Hoose | Ruth O'Meara-Costello | Monica R. Shah |
| Michael. S. Hussey | Robert L. Peabody | Paul W. Shaw |
| Michael B. Keating | Mark W. Pearlstein | Bruce A. Singal |
| Paul V. Kelly | Michelle R. Peirce | William F. Sinnott |
| Jonathan L. Kotlier | Thomas E. Peisch | Carol Starkey |
| William F. Lee | Damien C. Powell | Callan G. Stein |
| Joshua S. Levy | Emma Quinn-Judge | Donald K. Stern |
| Frank A. Libby, Jr. | James C. Rehnquist | Rachel Stroup |
| Diana K. Lloyd | John Reinstein | Melissa B. Tearney |
| Elizabeth A. Lunt | Dean Richlin | Nicholas C. Theodorou |
| Scott P. Lopez | Ian D. Roffman | Michael J. Tuteur |
| Daniel N. Marx | Edward P. Ryan, Jr. | Sarah R. Wunsch |
| Elizabeth J. McEvoy | Christine G. Savage | Norman S. Zalkind |
| Tracy A. Miner | Joseph F. Savage, Jr. | |

2. *Amici curiae*'s expertise is timely and useful to this court, and *amici's* proposed brief focuses on issues not substantially covered in Mr. Joyce's brief in opposition to the Government's motion. *Amici* seek to provide information to this Court regarding the far-reaching negative implications of a ruling for the government on the motion before the Court. In particular, *amici* are concerned that the order the government seeks would impermissibly infringe on criminal defendants' Sixth Amendment right to be represented by counsel of their choice, and would also impair the effective legal defense of respondents in a broad range of investigative matters and disputes in circumstances where there is reason to believe federal criminal charges may follow.

3. No party's counsel authored the attached brief in whole or in part. No party or party's counsel, and no person other than *amici curiae*, their members, or their counsel, contributed money intended to fund the preparing or submitting of this brief.

4. In deciding whether to permit an *amicus* to file a brief, federal courts often consider whether the potential *amicus* has attempted to obtain consent to the filing and whether in fact the

parties have consented.  *See, e.g.*, *Cobell v. Norton*, 246 F. Supp. 2d 59, 63 (D.D.C. 2003) (denying leave to file an *amicus* brief in part because both parties submitted motions in opposition).  Here, in accordance with Local Rule 7.1(a)(2), *amici* have sought and obtained consent from the defendant to the filing; *amici* have also sought and obtained the government's assent to the filing.

5. Finally, although the local rules do not provide guidance as to the length of an acceptable *amicus curiae* brief, *amici* have used both the Federal Rules of Appellate Procedure (Fed. R. App. P. 29(a)(5) and 32(a)(7)(B)) and local Rule 7.1(b)(4) for reference and have, accordingly, limited this brief to fewer than twenty pages and fewer than 6,500 words.

WHEREFORE, the proposed *amici curiae* respectfully request that this Court grant leave to file the attached brief *amici curiae*.

Respectfully submitted,

Martin W. Healy (BBO No. 553080)
Chief Legal Counsel
MASSACHUSETTS BAR ASSOCIATION
20 West Street
Boston, Massachusetts 02111-1204
Tel.: +1 617 338 0500

Chauncey B. Wood, Esq. (BBO No. 600354)
MASSACHUSETTS ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Tel.: +1 617 776 1851
cwood@woodnathanson.com

Matthew R. Segal (BBO No. 654489)
ACLU FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, Massachusetts 02110
Tel.: +1 617 482 3170

/s/ John J. Falvey, Jr.
John J. Falvey, Jr. (BBO No. 542674)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
jfalvey@goodwinlaw.com

Counsel for amici curiae the Massachusetts
Bar Association, the Massachusetts
Association of Criminal Defense Lawyers,
and the ACLU of Massachusetts, Inc.

/s/ John Amabile
John Amabile (BBO No. 016940)
Amabile & Burkly, P.C.
380 Pleasant Street
Brockton, MA 02301
508 559 6966
jamabile@abpclaw.com

/s/ Thomas J. Butters
Thomas J. Butters, Esquire (BBO No. 068260)
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, Massachusetts 02116
617.367.2600
617.367.1363 f
butters@buttersbrazilian.com

/s/ Laura B. Angelini
Laura B. Angelini (BBO No. 658647)
HINCKLEY ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109-1775
Tel: +1 617 345 9000
langelini@hinckleyallen.com

/s/ Michael J. Connolly
Michael J. Connolly (BBO No. 638661)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
mconnolly@hinckleyallen.com

*/s/ Michael P. Angelini*

Michael P. Angelini (BBO No. 019340)
BOWDITCH & DEWEY, LLP
311 Main Street - P.O. Box 15156
Worcester, MA 01615-0156
Telephone:  508-926-3400
Facsimile:  508-798-3537
Email:  mangelini@bowditch.com

*/s/ David Apfel*

David Apfel (BBO No. 551139)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
dapfel@goodwinlaw.com

*/s/ James C. Rehnquist*

James C. Rehnquist (BBO No. 552602)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
jrehnquist@goodwinlaw.com

*/s/ Joseph F. Savage, Jr.*

Joseph F. Savage, Jr. (BBO No. 443030)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
jsavage@goodwinlaw.com

*/s/ Peter E. Ball*

Peter E. Ball (BBO No. 546031)
Fitch Law Partners LLP
One Beacon Street
Boston, MA 02108
Ph: (617) 542-5542
Fx: (617) 542-1542
E-mail: peb@fitchlp.com

*/s/ Douglas S. Brooks*

Douglas S. Brooks (BBO No. 636697)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@libbyhoopes.com

*/s/ Thomas M. Hoopes*

Thomas M. Hoopes, Esq. (BBO No. 239340)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Telephone: (617) 338-9300
thoopes@libbyhoopes.com

*/s/ Frank A. Libby, Jr.*

Frank A. Libby, Jr. (BBO No. 299110)
LIBBYHOOPES, P.C.
399 Boylston Street
Boston, MA 02116
Telephone: (617) 338-9300
FALibby@libbyhoopes.com

*/s/ R.J. Cinquegrana*

R.J. Cinquegrana (BBO No. 084100)
rjcinquegrana@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-4002
Fax: (617) 502-4002

*/s/ Emily F. Hodge*

Emily F. Hodge (BBO No. 666660)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-4075
ehodge@choate.com

/s/ Diana K. Lloyd
Diana K. Lloyd (BBO No. 560586)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
t 617-248-5163
f 617-502-5163
dlloyd@choate.com

/s/ Melissa B. Tearney
Melissa B. Tearney (BBO No. 558612)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel.:  617-248-4068
Fax:  617-248-4000
mtearney@choate.com

/s/ Scott Harshbarger
Scott Harshbarger (BBO No. 224000)
Senior Counsel
Casner & Edwards, LLP
303 Congress Street
Boston, Massachusetts 02210
Main: 617-426-5900 x. 388
Fax: 617-426-8810
Email: harshbarger@casneredwards.com

/s/ Paul V. Kelly
Paul V. Kelly (BBO No. 267010)
Attorney at Law
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
Direct: (617) 305-1263
Main: (617) 367-0025
Paul.Kelly@jacksonlewis.com

/s/ John H. Cunha, Jr.
John H. Cunha, Jr. (BBO No. 108580)
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

/s/ Christine G. Savage
Christine G. Savage (BBO No. 629671)
CHOATE, HALL & STEWART LLP
2 International Place
Boston, MA 02110
(617)248-4084
csavage@choate.com

/s/ Edward V. Colbert III
Edward V. Colbert III (BBO No. 566187)
Casner & Edwards, LLP
303 Congress Street
Boston, Massachusetts 02210
Colbert@casneredwards.com

/s/ John J. Commisso
John J. Commisso (BBO No. 647002)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025
John.commisso@jacksonlewis.com

/s/ Robert L. Peabody
Robert L. Peabody (BBO No. 551936)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
617 305-1242
robert.peabody@jacksonlewis.com

/s/ Thomas E. Dwyer, Jr.
Thomas E. Dwyer, Jr. (BBO No. 139660)
Dwyer LLC
10 Derne Street
Boston, MA 02114
Tel: (617) 227-6000
Fax: (617) 723-6892

_/s/ L. Ettenberg_
L. Ettenberg, Esquire (BBO No. 156520)
GOULD & ETTENBERG, P.C.
370 Main Street
Worcester, MA 01608
Telephone:  (508) 752-6733

_/s/ Thomas C. Frongillo_
Thomas C. Frongillo (BBO No. 180690)
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210

_/s/ Lenore Glaser_
Lenore Glaser, Esq. (BBO No. 194220)
(Abogada Bilingue)
45 Bromfield Street, Suite 500
Boston, MA. 02108
Tel: 617 753 9988
Fax: 617 830 0167

_/s/ James J. Gribouski_
James J. Gribouski (BBO No. 211240)
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard Street
P.O. Box 2917
Worcester, MA 01613-2917
508-756-6206
gribouski@gskandg.com

_/s/ Geraldine S. Hines_
Geraldine S. Hines (BBO No. 235320)
24 Kenilworth Street
Roxbury, MA 02119
(617) 359-3819
geraldinehines24k@gmail.com

_/s/ David Hoose_
David Hoose (BBO No. 239400)
Sasson, Turnbull, Ryan & Hoose
100 Main Street
Northampton, MA 01060
413.586.4800 x 107

_/s/ Michael S. Hussey_
Michael S. Hussey (BBO No. 547772)
Murphy & Rudolf, LLP
One Mercantile Street, Suite 740
Worcester, MA 01608
508-425-6330
hussey@murphyrudolf.com

_/s/ Michael B. Keating_
Michael B. Keating, Esq. (BBO No. 263360)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600
mkeating@foleyhoag.com

_/s/ Anthony Mirenda_
Anthony Mirenda (BBO No. 550587)
Foley Hoag LLP
155 Seaport Blvd.
Boston MA 02210
Tel.: 1-617-832-1220
Email: amirenda@foleyhoag.com

_/s/ Dean Richlin_
Dean Richlin (BBO No. 419200)
Foley Hoag LLC
Seaport West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1140
drichlin@foley.hoag.com

_/s/ Nicholas C. Theodorou_
Nicholas C. Theodorou (BBO No. 495730)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel: 617-832-1000
Fax: 617-832-7000
ntheodorou@foleyhoag.com

_/s/ Jonathan L. Kotlier_
Jonathan L. Kotlier (BBO No. 545491)
Nutter McClennen & Fish LLP
155 Seaport Boulevard
Boston, MA 02210-2604
T 617.439.2683
F 617.310.9683
jkotlier@nutter.com

_/s/ Ian D. Roffman_
Ian D. Roffman (BBO No. 637564)
Nutter McClennen & Fish LLP
155 Seaport Blvd
Boston, Massachusetts 02210
617-439-2000
iroffman@nutter.com

_/s/ William F. Lee_
William F. Lee (BBO No. 291960)
WilmerHale
60 State Street
Boston, MA 02109
+1 617 526 6556 (t)
+1 617 526 5000 (f)
william.lee@wilmerhale.com

_/s/ Emily R. Schulman_
Emily R. Schulman (BBO No. 566374)
WilmerHale
60 State Street
Boston, MA 02109 USA
+1 617 526 6077 (t)
+1 617 526 5000 (f)
emily.schulman@wilmerhale.com

_/s/ Joshua S. Levy_
Joshua S. Levy (BBO No. 563017)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
joshua.levy@ropesgray.com

_/s/ Brien T. O'Connor_
Brien T. O'Connor (BBO No. 546767)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
brien.o'connor@ropesgray.com

_/s/ Scott P. Lopez_
Scott P. Lopez (BBO No. 549556)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990 (tel.)
splopez@lawson-weitzen.com

_/s/ Daniel N. Marx_
Daniel N. Marx (BBO No. 674523)
FICK & MARX LLP
100 Franklin Street, 7th Floor
Boston, MA 02110
(857) 321-8360
dmarx@fickmarx.com

_/s/ William W. Fick_
William W. Fick (BBO No. 650562)
FICK & MARX LLP
100 Franklin Street, 7th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com

_/s/ Tracy A. Miner_
Tracy A. Miner (BBO No. 547137)
Demeo LLP
200 State Street
Boston, MA 02109
Tel - (617) 263-2600
tminer@DemeoLLP.com

_/s/ Mark W. Pearlstein_
Mark W. Pearlstein (BBO No. 542064)
Partner
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
Tel +1 617 535 4425
Fax +1 617 535 3800

_/s/ Thomas E. Peisch_
Thomas E. Peisch (BBO No. 393260)
Conn Kavanaugh Rosenthal Peisch &
    Ford, LLP
One Federal Street, 15th Floor
Boston, MA 02110
Dir  617.348.8204
Tel  617.482.8200
Fax 617.482.6444
TPeisch@connkavanaugh.com

_/s/ Carol Starkey_
Carol Starkey (BBO No. 554077)
Conn Kavanaugh Rosenthal Peisch &
    Ford, LLP
One Federal Street, 15th Floor
Boston, MA 02110
Dir  617.348.8204
Tel  617.482.8200
CStarkey@connkavanuagh.com

_/s/ John Reinstein_
John Reinstein (BBO No. 416120)
Law Office of John Reinstein
51 Abbottsford Road
Brookline, MA 02446
(617) 515-7986
jcreinstein@gmail.com

_/s/ Edward P. Ryan, Jr._
Edward P. Ryan, Jr. (BBO No. 434960)
O'Connor and Ryan, P.C.
80 Erdman Way, Suite 309
Leominster, MA 01453
978-534-1301
edryan@oconnorandryan.com

_/s/ Kristen Schuler Scammon_
Kristen Schuler Scammon (BBO No. 634586)
TORRES, SCAMMON, HINCKS & DAY,
    LLP
35 India Street
Boston, MA 02110

_/s/ Paul W. Shaw_
Paul W. Shaw (BBO No. 455500)
VERRILL DANA LLP
One Boston Place, Suite 1600
Boston, MA 02108
(617) 309-2600
pshaw@verrilldana.com

_/s/ Donald K. Stern_
Donald K. Stern (BBO No. 479420)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts  02108
T: (617) 723 6900
F: (617) 723 6905

_/s/ Michael J. Tuteur_
Michael J. Tuteur (BBO No. 543780)
14 Horizons Rd.
Sharon, MA 02067

_/s/ Sarah R. Wunsch_
Sarah R. Wunsch (BBO No. 548767)
77 Brook Street
Brookline, MA 02445
617-872-7870
srwunsch@gmail.com

_/s/ Norman S. Zalkind_
Norman S. Zalkind (BBO No. 538880)
David Duncan (BBO No. 546121)
Rachel Stroup (BBO No. 667410)
Ruth O'Meara-Costello (BBO No. 667566)
Emma Quinn-Judge (BBO No. 664798)
Monica R. Shah (BBO No. 664745)
Zalkind Duncan & Bernstein LLP
65A Atlantic Avenue
Boston, MA 02110
Tel: (617) 742-6020
Fax: (617) 742-3269
nzalkind@zalkindlaw.com
dduncan@zalkindlaw.com
rstroup@zalkindlaw.com
rcostello@zalkindlaw.com
equinn-judge@zalkindlaw.com
mshah@zalkindlaw.com

_/s/ Elizabeth A. Lunt_
Elizabeth A. Lunt (BBO No. 307700)
Counsel
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
617-742-6020

_/s/ Bruce A. Singal_
Bruce A. Singal (BBO No. 464420)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Email:   bsingal@barrettsingal.com

_/s/ Michelle R. Peirce_
Michelle R. Peirce (BBO No. 557316)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Email:   mpeirce@barrettsingal.com

_/s/ Lauren E. Dwyer_
Lauren E. Dwyer (BBO No. 657727)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Email:   ldwyer@barrettsingal.com

_/s/ Callan G. Stein_
Callan G. Stein (BBO No. 670569)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Email:   cstein@barrettsingal.com

_/s/ Damien C. Powell_
Damien C. Powell (BBO No. 664200)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Email:   dpowell@barrettsingal.com

_/s/ William F. Sinnott_
William F. Sinnott (BBO No. 547423)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Email:   wsinnott@barrettsingal.com

_/s/ Meghan M. Cosgrove_
Meghan M. Cosgrove (BBO No. 664972)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 598-6700
Email:   mcosgrove@barrettsingal.com

_/s/ Elizabeth J. McEvoy_
Elizabeth J. McEvoy (BBO No. 683191)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
Email:   emcevoy@barrettsingal.com

_/s/ Robert Blaisdell_
Robert Blaisdell (BBO No. 568060)
BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 598-6700
Email:   rblaisdell@barrettsingal.com

Dated:  April 2, 2018

## CERTIFICATE OF SERVICE

I, John J. Falvey, Jr., hereby certify that on April 2, 2018, I electronically filed this Motion for Leave to File Brief of *Amici Curiae* with the Clerk of Court for the United States District Court for the District of Massachusetts, by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

April 2, 2018                                                  */s/ John J. Falvey, Jr.*
                                                                      John J. Falvey, Jr.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, John J. Falvey, Jr., hereby certify that I have sought and obtained consent from the defendant to this filing and the filing of the attached *amici* brief.  I further certify that I have sought and obtained the government's assent to the same.


April 2, 2018                                                    */s/ John J. Falvey, Jr.*                    
                                                                   John J. Falvey, Jr.