UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 17-10378-NMG |
| BRIAN AUGUSTINE JOYCE, | ) ) ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO GOVERNMENT'S MOTION TO DISQUALIFY ATTORNEY HOWARD M. COOPER AND REQUEST FOR AUTHORIZATION TO ISSUE A SUBPOENA TO ATTORNEY HOWARD M. COOPER [Dkt. E. 69]**

The United States of America, by and through the undersigned Assistant U.S. Attorneys and with the assent of opposing counsel, respectfully moves for leave pursuant to Local Rule 7.1(B)(3) to file a response to the Opposition of Brian A. Joyce and Howard M. Cooper to the Government's Motion to Disqualify Attorney Howard M. Cooper and Request for Authorization to Issue a Subpoena to Attorney Howard M. Cooper.  The government further moves for leave to respond to the issues raised in the *amicus* briefs filed by the Massachusetts Bar Association, et al. and the Boston Bar Association should the Court permit the filing of these pleadings.

As grounds therefor, the government states:

1. A February 26, 2018, the government filed a Motion to Motion to Disqualify Attorney Howard M. Cooper and Request for Authorization to Issue a Subpoena to Attorney Howard M. Cooper;

2. On April 2, 2018, the defendant and Howard M. Cooper filed a 33-page Opposition with thirteen attachments;

3. On April 2, 2018, the Massachusetts Bar Association and others moved for leave to file an *amici curiae* brief and submitted a 28-page brief (Dkt E. 71); and

4. On April 2, 2018, the Boston Bar Association moved for leave to file *amici curiae* brief along with a 9-page brief (Dkt. E. 73).

The government states that the Opposition to the Motion to Disqualify and the *amicus* briefs (should the Court permit their filing) raise several issues not previously addressed in the Government's Memorandum in Support of its Motion to Disqualify.

Wherefore, the government respectfully requests that it be granted leave to file a Response to the Opposition to the Motion to Disqualify as well as the *amicus* briefs (should it become necessary).

The government has consulted with the counsel of record who do not object to the government's motion for leave to file a response brief. The government further has agreed that it has no opposition to the filing of a sur-reply if the defense believes it is necessary.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   */s/ William F. Bloomer*
    WILLIAM F. BLOOMER
    DUSTIN CHAO
    Assistant U.S. Attorneys
    617-748-3100

Date: April 4, 2018

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 7.1(A)(2)

I, William F. Bloomer, do hereby certify that counsel have conferred in the above-captioned matter.

## CERTIFICATE OF SERVICE

I, William F. Bloomer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/*William F. Bloomer*
WILLIAM F. BLOOMER
Assistant U.S. Attorney