# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   Criminal No. 17-10378-NMG |
| BRIAN AUGUSTINE JOYCE, | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## REPORT AFTER FURTHER INTERIM STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5 (b)

**September 18, 2018**

Hennessy, M.J.

Defendant is charged in a 113-count indictment with Racketeering, in violation of 18 U.S.C. § 1962( c), and other federal offenses. I scheduled a Further Interim Status Conference for June 1, 2018, which Joyce moved to continue with the assent of the Government to July 31, 2018. I allowed that motion. Joyce moved to continue the July 31, 2018 conference with the assent of the Government to September 17, 2018, which motion I also allowed. Prior to the September 17, 2018 conference the parties filed a joint memorandum and Joyce moved to continue the conference into October. I denied that motion and a conference was held on September 17, 2018. On the basis of the conference and the joint memorandum filed in advance, I report as follows:

**Local Rule 116.5(b)(1) through (4)**

The United States has produced in excess of 1.5 million pages of automatic discovery in electronic format with corresponding indexes. In addition, in May, the United States produced an index of "hot documents" which pertain to each scheme alleged in the indictment. The

Government's discovery review continues by a taint team. The United States estimates that it will be producing 5,000 or fewer documents in the next 30 days; such production should largely complete its discovery obligation at this point. There are no pending discovery requests, but Defendant anticipates being able to serve discovery requests by October 17, 2018. The Court has entered a protective order. See Docket #40.

**Local Rule 116.5(b)(5)**

Defendant anticipates filing a motion to dismiss racketeering counts of the indictment, and may file a motion to suppress evidence. The deadline for pretrial motions pursuant to Fed.R.Crim. P. 12(b) is December 18, 2018.

**Local Rule 116.5(b)(6)**

The United States is not certain it will call an expert witness in its case-in-chief. At the suggestion of the parties, I am deferring a decision on the timing of expert disclosures until the further interim status conference. The parties should be prepared to propose a schedule for such disclosures.

**Local Rule 116.5(b)(7)**

Defendant does not intend to raise defenses of insanity or alibi. Defendant requests additional time to report whether Defendant intends to raise a defense of public authority.

**Local Rule 116.5(b)(8)**

I have excluded the period from December 8, 2017 (the date of Defendant's arraignment), through September 17, 2018 (the date of the Further Interim Status Conference). The parties agree that the period from September 17, 2018 through the further Interim Status Conference that I have set for November 20, 2018 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order.

It appears that no time is chargeable against the statutory speedy trial clock.  <u>See</u> Order of Excludable Delay entered on this date.

**Local Rule 116.5(b)(9)**

There have been no plea discussions yet.  A trial would require six weeks, assuming full trial days.  The parties expect to be ready for trial by May 2019.

**Local Rule 116.5(b)(10)**

A further Interim Status Conference will take place in this case on Tuesday, November 20, 2018 at 10:00 a.m., in Courtroom #16, Fifth Floor, Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.  Counsel are invited to appear by telephone if that is more convenient.  If any counsel wishes to attend by telephone, he is to contact Lisa Belpedio before the conference and provide her with a landline telephone number at which counsel can be reached.  The parties are to address the timing of expert disclosures.  The court will address a firm trial date.

                                                */s/ David H. Hennessy*
                                                David H. Hennessy
                                                United States Magistrate Judge