UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 1:17-CR-10378-NMG<br>BRIAN AUGUSTINE JOYCE )<br>) | |

## SUGGESTION OF DEATH

Counsel for Brian A. Joyce respectfully notifies the Court that Mr. Joyce passed away on Thursday, September 27, 2018.

                    Respectfully Submitted,

                    */s/ Howard M. Cooper*
                    Howard M. Cooper (BBO No. 543842)
                    hcooper@toddweld.com
                    Max D. Stern (BBO No. 479560)
                    mstern@toddweld.com
                    Todd & Weld LLP
                    One Federal Street, 27th Floor
                    Boston, MA 02110
                    (ph) (617) 720-2626

Dated: October 1, 2018

## CERTIFICATE OF SERVICE

I, Howard M. Cooper, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date.

Date: October 1, 2018

                    */s/ Howard M. Cooper*
                    Howard M. Cooper