UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 17-10378-NMG |
| BRIAN AUGUSTINE JOYCE, | ) |
| Defendant. | ) |

### DISMISSAL

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Andrew E. Lelling, hereby dismisses the case presently pending against Defendant Brian Augustine Joyce. In support of this dismissal, the government states that Mr. Joyce died on September 27, 2018.

*Respectfully submitted,*

10/4/2018
Date

ANDREW E. LELLING
United States Attorney

Dustin Chao
William F. Bloomer
Evan J. Gotlob
Assistant U.S. Attorneys

Leave to File Granted:

_____ 10/12/18
Nathaniel M. Gorton, ~~Judge~~
United States District ~~Court~~ JUDGE